**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ajilon Professional Staffing, LLC, a Delaware company,<br><br>        Plaintiff,<br><br>vs.<br><br>Shad Griffin and Jane Doe Griffin, individuals residing in the State of Arizona; and The Lucas Group, a limited liability company,<br><br>        Defendants. | No. CV-09-561-PHX-DGC<br><br>**ORDER** |

On August 6, 2009, the parties filed a joint report stating that a settlement of all claims has been reached. Dkt. #70. The Court issued an order providing that this action would be dismissed with prejudice on September 8, 2009, unless the parties filed a stipulation to dismiss prior to that date. Dkt. #71. Plaintiff and Defendant Lucas Group filed a stipulation to dismiss (Dkt. #73), and the Court entered an order dismissing Plaintiff's claims against Lucas Group pursuant to the parties' stipulation (Dkt. #74).

Plaintiff has filed a motion to enforce the settlement agreement between Plaintiff and Defendant Shad Griffin. Dkt. #72. The Court will require Plaintiff, by November 4, 2009, to file with the Court (i) the written settlement agreement that purportedly reflects the parties' oral agreement to settle and which Griffin has declined to sign, and (ii) the e-mail correspondence dated September 2 and 4, 2009, between counsel for Plaintiff and Griffin concerning proposed revisions to the written settlement agreement. *See* Dkt. #72 at 2.

Attorney Don Fletcher of Lake & Cobb, P.L.C., filed a response to Plaintiff's motion

on behalf of Griffin. Dkt. #75. The Court's docket shows that Mr. Fletcher has not formally appeared as counsel of record in this case as required by Rule 83.3(a) of the Court's Local Rules of Civil Procedure. The Court will require Mr. Fletcher to comply with Local Rule 83.3(a) by November 4, 2009.

**IT IS ORDERED:**

1. Plaintiff shall, by **November 4, 2009**, file with the Court (i) the written settlement agreement and (ii) the e-mail correspondence dated September 2 and 4, 2009.
2. Mr. Fletcher shall comply with Local Rule 83.3(a) by **November 4, 2009**.
3. The Clerk shall serve this order on counsel of record and Mr. Fletcher, whose address is Lake & Cobb, P.L.C., 1095 West Rio Salado Parkway, Tempe, Arizona, 85281.

DATED this 29th day of October, 2009.

David G. Campbell
United States District Judge